

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00527-CV

IN RE ROBERT RICHARD TAYLOR
II

RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION ON REHEARING[1]

------------

After considering Relator's motion for rehearing and the State's response, we deny the motion, but we withdraw our January 4, 2013 opinion and substitute the following. *See Padieu v. Court of Appeals of Tex., Fifth Dist.*, No. AP-76,727, 2013 WL 85372, at *2 (Tex. Crim. App. Jan. 9, 2013).

The court has considered relator's petition for writ of mandamus and is of the opinion that the petition should be denied. Accordingly, relator's petition for writ of mandamus is denied. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).

PANEL: WALKER, DAUPHINOT, and MCCOY, JJ.

DELIVERED: February 28, 2013